HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JAMES CHRISTOPHER MALCOLM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:14-mj-00102-CKD |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR PRELIMINARY |
| v. | ) ) | HEARING AND EXCLUDE TIME |
| JAMES CHRISTOPHER MALCOLM, | ) ) | |
| Defendant. | ) ) ) | DATE:        June 12, 2014 TIME:        2:00 p.m. JUDGE:     Hon.  Carolyn K. Delaney |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney JUSTIN LEE and Defendant JAMES CHRISTOPHER MALCOLM, individually and his counsel of record, Assistant Federal Defender BENJAMIN D. GALLOWAY, hereby stipulate to continue the Preliminary Hearing set for May 19, 2014 to June 12, 2014, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through June 12, 2014, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for a Preliminary Hearing until June 12, 2014, Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  In particular, the time is required so that the parties can conduct investigation and discuss a proposed disposition.  The defendant consents to this continuance.

1    The parties stipulate that this interest of justice outweighs the interest of the public and

2    the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good

3    cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P.

4    5.1(d).

5    Dated:  May 12, 2014                    Respectfully submitted,

6                                            HEATHER E. WILLIAMS
                                             Federal Public Defender
7
                                             */s/ Benjamin Galloway*
8                                            BENJAMIN GALLOWAY
                                             Assistant Federal Defender
9                                            Attorney for Defendant
                                             JAMES CHRISTOPHER MALCOLM
10

11   Dated: May 12, 2014                     BENJAMIN WAGNER
                                             United States Attorney
12
                                             */s/ Justin Lee*
13                                           JUSTIN LEE
                                             Assistant U.S. Attorney
14                                           Attorney for Plaintiff

15                                  **ORDER**

16    The Court has read and considered the Stipulation for the Extension of Time for

17   Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this

18   matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference

19   into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing

20   date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

21    Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the

22   interests of justice served by granting this continuance outweigh the best interests of the public

23   and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the

24   extension of time would not adversely affect the public's interest in the prompt disposition of

25   criminal cases.

26

27

28

*United States v. Malcolm*                    -2-
Stipulation and Order

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to June 12, 2014, at 2:00 p.m.

2. This time between May 19, 2014 and June 12, 2014 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear on June 12, 2014 before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: May 16, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*United States v. Malcolm*
Stipulation and Order

-3-